

One South Church Avenue Suite 700
Tucson, Arizona 85701-1611
Telephone: (520) 622-2090

**Robert M. Charles, Jr., State Bar No. 007359**
  Direct Dial: (520) 629-4427
  Direct Fax: (520) 879-4705
  EMail: RCharles@LRLaw.com
**Jeffrey L. Sklar, State Bar No. 026372**
  Direct Dial: (520) 838-7742
  Direct Fax: (520) 879-4712
  EMail: JSklar@LRLaw.com

Attorneys for Plaintiff Dealer Services Corporation

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 7 |
| MICHAEL BONEBRAKE and EVELYN BONEBRAKE, | Case No. 2:10-BK-23353-CGC |
| Debtors. | **NOTICE OF LODGING DEFAULT JUDGMENT** |
| DEALER SERVICES CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 2:10-ap-01922-CGC |
| v. | |
| MICHAEL BONEBRAKE, a/k/a MICHAEL R. BONEBRAKE, d/b/a ATM MOTORS, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Dealer Services Company hereby lodges a proposed Default Judgment. A true and correct copy of the Order is attached hereto as **Exhibit A**.

DATED February 24, 2012.

                                                                                        LEWIS AND ROCA LLP

                                                                  By: /s/ Jeffrey L. Sklar (#026372)
                                                                      Robert M. Charles, Jr
                                                                      Jeffrey L. Sklar.
                                                                      *Attorneys for Dealer Services Company*



1

2 Copy of the foregoing
Mailed by first class postage
3 Prepaid U.S. Mail on Friday, February 24, 2012 to:

4 Michael Bonebrake
648 North Bermuda Drive
5 Mesa, AZ 85205

6
/s/ Marie Mancino
7 **Marie Mancino,**
**Lewis and Roca LLP**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2689015.1