EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>MICHAEL BONEBRAKE and EVELYN BONEBRAKE,<br><br>                      Debtors. | Chapter: 7<br><br>Case No. 2:10-BK-23353-CGC<br><br>**DEFAULT JUDGMENT** |
| DEALER SERVICES CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>MICHAEL BONEBRAKE, a/k/a MICHAEL R. BONEBRAKE, d/b/a ATM MOTORS,<br><br>                      Defendant. | Adv. Pro. No. 2:10-ap-01922-CGC |

This Court having reviewed Dealer Services Company's Application for Entry of Default Judgment (Dkt. #23):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Dealer Services Corporation ("DSC") is granted default judgment against Defendant Michael Bonebrake, a/k/a Michael R. Bonebrake, d/b/a ATM Motors, in the amount of $21,287.71, and this debt is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).

2689015.1

Case 2:10-ap-01922-CGC   Doc 26-1   Filed 02/24/12   Entered 02/24/12 18:11:53   Desc
Exhibit A    Page 2 of 3

**Single Order Upload**

2:10-ap-01922-CGC DEALER SERVICES CORPORATION v. BONEBRAKE

**The new document 2689015_1.pdf was uploaded successfully on 2/24/2012 at 6:07 PM**

**Order type:** Other Bar Date Orders / Default Judgments
2:10-ap-01922-CGC DEALER SERVICES CORPORATION v. BONEBRAKE

**Related document number:** 23
**Related document description:** Application for Entry of Default
**Order ID:** 447778

Do it again