SO ORDERED.

Dated: March 7, 2012

Charles G. Case, II, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 7 |
| MICHAEL BONEBRAKE and EVELYN BONEBRAKE, | Case No. 2:10-BK-23353-CGC |
| Debtors. | **DEFAULT JUDGMENT** |
| DEALER SERVICES CORPORATION, | Adv. Pro. No. 2:10-ap-01922-CGC |
| Plaintiff, | |
| v. | |
| MICHAEL BONEBRAKE, a/k/a MICHAEL R. BONEBRAKE, d/b/a ATM MOTORS, | |
| Defendant. | |

This Court having reviewed Dealer Services Company's Application for Entry of Default Judgment (Dkt. #23):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Dealer Services Corporation ("DSC") is granted default judgment against Defendant Michael Bonebrake, a/k/a Michael R. Bonebrake, d/b/a ATM Motors, in the amount of $21,287.71, and this debt is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).

2689015.1