SO ORDERED.

Dated: March 7, 2012

Charles G. Case, II, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In Re:

MICHAEL BONEBRAKE and EVELYN BONEBRAKE,

Debtors.

Chapter: 7

Case No. 2:10-BK-23353-CGC

**DEFAULT JUDGMENT**

DEALER SERVICES CORPORATION,

Plaintiff,

v.

MICHAEL BONEBRAKE, a/k/a MICHAEL R. BONEBRAKE, d/b/a ATM MOTORS,

Defendant.

Adv. Pro. No. 2:10-ap-01922-CGC

This Court having reviewed Dealer Services Company's Application for Entry of Default Judgment (Dkt. #23):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Dealer Services Corporation ("DSC") is granted default judgment against Defendant Michael Bonebrake, a/k/a Michael R. Bonebrake, d/b/a ATM Motors, in the amount of $21,287.71, and this debt is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6).